ACCEPTED
07-15-00029-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
4/2/2015 4:04:47 PM
Vivian Long, Clerk

## NO. 07-15-00029-CV

| | | | |
|---|---|---|---|
| TIMOTHY PARRISH | § | IN THE | |
| | § | | |
| VS. | § | SEVENTH COURT | |
| | § | | |
| TRISHA DUNAHOO | § | OF APPEALS | |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
4/2/2015 4:04:47 PM
VIVIAN LONG
CLERK

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Trisha Dunahoo, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 146th Judicial District Court of Bell County, Texas.

2.     The case below was styled the Timothy Parrish v. Trisha Dunahoo, and numbered 226,429-B.

5.     Notice of appeal was given on December 10, 2014.

6.     The clerk's record was filed on January 15, 2015; the reporter's record was filed on January 12, 2015.

7.     The appellate brief was filed on due on February 17, 2015.

8.     The Appellee brief was due March 25, 2015.

9.     Appellant requests an extension of time of 60 days from the present

By: _____

/s/: BOBBY DALE BARINA
State Bar No. 01738480
bobbydalebarina@barinalaw.com
Attorney for Trisha Dunahoo

## CERTIFICATE OF SERVICE

This is to certify that on April 2, 2015, a true and correct copy of the above and foregoing document was served on the Appellant Attorney, Ashley Clapper, by fax.

_____
BOBBY DALE BARINA

## CERTIFICATE OF CONFERENCE

This is to certify that on April 2, 2015, that I attempted to contact Appellant Counsel to discuss this filing. As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have made a reasonable attempt to confer, with all other parties□which are listed below□about the merits of this motion with the following results:

Opposing counsel was not available today. She will return to work on Saturday morning. Therefore I do not have any information about if the motion is opposed. Opposing Counsel is Ashley Clapper and her state bar number is 24076317.

_____
BOBBY DALE BARINA

**STATE OF TEXAS**        §

                                    §

**COUNTY OF BELL**         §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

BOBBY DALE BARINA, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion to Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."



_____
BOBBY DALE BARINA
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 2, 2015,

to certify which witness my hand and seal of office

LESLIE JOAN SAWYER
Notary Public, State of Texas
My Commission Expires
April 06, 2015

_____
Notary Public, State of Texas